IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAX RICHARD ARTHUR,<br><br>Defendant. | CR 19-03-BU-KLD<br><br>ORDER |

The United States moves to seal Documents 1-1 and 1-3 and replace them with a redacted affidavit to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

For good cause shown, the United States' motion is GRANTED. Documents 1-1 and 1-3 shall be sealed and replaced by the affidavit attached to the United States' motion.

DATED this 25th day of September, 2019.

Kathleen L. DeSoto
United States Magistrate Judge

1