**FILED**

DEC 3 0 2019

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–23–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MAXIE RICHARD ARTHUR, | |
| Defendant. | |

Before the Court is the United States' Motion for Preliminary Order of
Forfeiture. (Doc. 29.) The United States represents that counsel for Defendant has
been contacted and does not oppose the motion. (*Id.*) Defendant Maxie Richard
Arthur ("Arthur") pleaded guilty to Count II of the Indictment, which charges
possession of an unregistered firearm in violation of 26 U.S.C. § 5861(d), and
admitted the forfeiture allegation. (Doc. 21 at 2.) Arthur's plea provides a factual
basis and cause to issue a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. §
924(d) and 26 U.S.C. § 5872.

Accordingly, IT IS ORDERED:

THAT Arthur's interest in the following property is forfeited to the United
States in accordance with 18 U.S.C. § 924(d) and 26 U.S.C. § 5872:

- Any firearm, ammunition, and destructive devise involved in and used in any knowing violation of offenses charged in the Indictment (Doc. 12), which includes:
    o A destructive device, described as an explosive bomb;
    o A Taurus, model Millennium, 9mm pistol, serial number TCU77598;
    o A Glock, model 23, 40 caliber pistol, serial number LPD245;
    o A Mossberg, model 500A, 12-gauge shotgun, serial number P605482; and
    o Miscellaneous ammunition found in a lock box.

THAT the Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 30th day of December, 2019.

Dana L. Christensen, Chief District Judge
United States District Court