IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION


FILED
FEB 27 2020
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–23–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MAXIE RICHARD ARTHUR, | |
| Defendant. | |

The United States moves the Court to vacate the forfeiture allegation in this matter. (Doc. 35.) Good cause supports the motion, and Defendant Maxie Richard Arthur does not oppose it.

Accordingly, IT IS ORDERED that the motion (Doc. 35) is GRANTED. The forfeiture allegation in this case is DISMISSED WITH PREJUDICE.

DATED this 27th day of February, 2020.

Dana L. Christensen, Chief District Judge
United States District Court